Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JO ANNE GRAFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JO ANNE GRAFF,<br><br>     Plaintiff,<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC, an Illinois limited liability company,<br><br>     Defendant. | Case No. C07-03183-HRL<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, LEADING EDGE RECOVERY SOLUTIONS, LLC** |

TO: CLERK OF THE DISTRICT COURT:

  Please enter a default in this matter against Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC, on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure. Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

                   CONSUMER LAW CENTER, INC.

Dated: July 27, 2007        By: /s/ Fred W. Schwinn
                     Fred W. Schwinn, Esq.
                     Attorney for Plaintiff
                     JO ANNE GRAFF