**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JO ANNE GRAFF,<br><br>                Plaintiff,<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC, an Illinois limited liability company,<br><br>                Defendant. | Case No. C07-03183-HRL<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT, LEADING EDGE RECOVERY SOLUTIONS, LLC** |

It appears from the record that the following Defendant failed to plead or otherwise defend in this case as required by law.

> Name:
> LEADING EDGE RECOVERY SOLUTIONS, LLC

Therefore, default is entered against Defendant as authorized by Fed R. Civ. P. 55(a).

                                                      Clerk of the Court

_____                          By: _____
    Date                                                              Deputy Clerk