| | |
|---|---|
| 1 | Fred W. Schwinn (SBN 225575) |
|   | CONSUMER LAW CENTER, INC. |
| 2 | 12 South First Street, Suite 1014 |
|   | San Jose, California  95113-2403 |
| 3 | Telephone Number: (408) 294-6100 |
|   | Facsimile Number: (408) 294-6190 |
| 4 | Email Address: fred.schwinn@sjconsumerlaw.com |
| 5 | Attorney for Plaintiff |
|   | JO ANNE GRAFF |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JO ANNE GRAFF, | Case No.  C07-03183-HRL |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE BY MAIL** |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, an Illinois limited liability company, | |
| Defendant. | |

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF SANTA CLARA    )

I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and not a party to the within entitled cause.  My business address is 12 South First Street, Suite 1014, San Jose, California  95113-2403.  On July 27, 2007, I served the following:

1. REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, LEADING EDGE RECOVERY SOLUTIONS, LLC

2. DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, LEADING EDGE RECOVERY SOLUTIONS, LLC

3. ENTRY OF DEFAULT AGAINST DEFENDANT, LEADING EDGE RECOVERY SOLUTIONS, LLC

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

-1-

addressed as follows:

**CHAMBERS COPY:**
The Honorable Howard R. Lloyd
United States District Court
280 South First Street, Room 2112
San Jose, CA  95113-3008

| **DEFENDANT:** | **DEFENDANT:** |
|---|---|
| Leading Edge Recovery Solutions, LLC | Leading Edge Recovery Solutions, LLC |
| c/o CT Corporation System | Attn: Managing Member |
| 818 West Seventh Street | 5440 North Cumberland Avenue, Suite 300 |
| Los Angeles, CA  90017-3407 | Chicago, IL  60656-1490 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on July 27, 2007.

/s/ Fred W. Schwinn

-2-

CERTIFICATE OF SERVICE BY MAIL        Case No. C07-03183-HRL