1 | TOMIO B. NARITA (SBN 156576)
2 | JEFFREY A. TOPOR (SBN 195545)
    SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
3 | San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
4 | Facsimile:   (415) 352-2625
    tnarita@snllp.com
5 | jtopor@snllp.com

6 | Attorneys for Defendant
    Leading Edge Recovery Solutions, LLC
7

8

    UNITED STATES DISTRICT COURT

    NORTHERN DISTRICT OF CALIFORNIA

    SAN JOSE DIVISION

| | |
|---|---|
| JO ANNE GRAFF, | CASE NO.: C07 03183 HRL |
| Plaintiff, | |
| | **DEFENDANT'S CERTIFICATION** |
| vs. | **OF INTERESTED PARTIES** |
| | |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, an Illinois limited liability company | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Cal. Civil L.R. 3-16, the undersigned counsel of record for defendant Leading Edge Recovery Solutions, LLC certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Defendant Leading Edge Recovery Solutions, LLC, an Illinois Limited Liability Company.

DATED: August 2, 2007    SIMMONDS & NARITA, LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:   s/Tomio B. Narita
    Tomio B. Narita
    Attorneys for Defendant
    Leading Edge Recovery Solutions, LLC