UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jo Anne Graff,<br><br>    Plaintiff,<br><br>v.<br><br>Leading Edge Recovery Solutions, LLC<br>an Illinois limited liability company,<br><br>    Defendant.<br>_____/ | No. C07-03183<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

       PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 25, 2007, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **September 28, 2007 at 10:30 a.m..**, before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on September 21, 2007.

       If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: August 3, 2007                             RICHARD W. WIEKING, Clerk
                                                     United States District Court

                                                         /s/ *Patty Cromwell*
                                                      By: Patty Cromwell, Courtroom Deputy
                                                      to Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Tomio Buck Narita    tnarita@snllp.com, sschmitt@snllp.com

Fred W. Schwinn    fred.schwinn@sjconsumerlaw.com, cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com