1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JO ANNE GRAFF

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 | JO ANNE GRAFF, | Case No.  C07-03183-JF-HRL |
11 |                 |                            |
   |      Plaintiff, |                            |
12 | v.              | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
13 | LEADING EDGE RECOVERY |                      |
14 | SOLUTIONS, LLC, an Illinois limited liability company, | Fed. R. Civ. P. 41(a)(1) |
15 |      Defendants. |                           |

16

17    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JO ANNE GRAFF, and Defendant, LEADING

18 EDGE RECOVERY SOLUTIONS, LLC, stipulate, and the Court hereby orders, as follows:

19    1.    The dispute between the parties has been settled, therefore, the claims asserted

20 by Plaintiff, JO ANNE GRAFF, against Defendant, LEADING EDGE RECOVERY SOLUTIONS,

21 LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R.

22 Civ. P. 41(a)(1).

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-2-

1  Dated: September 20, 2007          /s/ Fred W. Schwinn
                                      Fred W. Schwinn, Esq.
2                                     Attorney for Plaintiff
                                      JO ANNE GRAFF
3

4  Dated: September 20, 2007          /s/ Tomio B. Narita
                                      Tomio B. Narita, Esq.
5                                     Attorney for Defendant
                                      LEADING EDGE RECOVERY
6                                     SOLUTIONS, LLC

7  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
8

9  Dated: _____      _____
                                      The Honorable Jeremy Fogel
10                                    United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C07-03183-JF-HRL