1 | Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 | 12 South First Street, Suite 1014
San Jose, California 95113-2403
3 | Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 | Email Address: fred.schwinn@sjconsumerlaw.com

5 | Attorney for Plaintiff
JO ANNE GRAFF

6
7
8 | **IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9 | SAN JOSE DIVISION**

10 | JO ANNE GRAFF,                          Case No. C07-03183-JF-HRL

11 |                    Plaintiff,

12 | v.                                      **STIPULATION OF DISMISSAL
                                         WITH PREJUDICE AND
13 | LEADING EDGE RECOVERY               [PROPOSED] ORDER**
SOLUTIONS, LLC, an Illinois limited
14 | liability company,                      Fed. R. Civ. P. 41(a)(1)

15 |                    Defendants.

16

17 |     Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JO ANNE GRAFF, and Defendant, LEADING

18 | EDGE RECOVERY SOLUTIONS, LLC, stipulate, and the Court hereby orders, as follows:

19 |     1.    The dispute between the parties has been settled, therefore, the claims asserted

20 | by Plaintiff, JO ANNE GRAFF, against Defendant, LEADING EDGE RECOVERY SOLUTIONS,

21 | LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R.

22 | Civ. P. 41(a)(1).

23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

-2-

1  Dated:  September 20, 2007                    /s/ Fred W. Schwinn
                                                 Fred W. Schwinn, Esq.
2                                                Attorney for Plaintiff
                                                 JO ANNE GRAFF
3

4  Dated:  September 20, 2007                    /s/ Tomio B. Narita
                                                 Tomio B. Narita, Esq.
5                                                Attorney for Defendant
                                                 LEADING EDGE RECOVERY
6                                                SOLUTIONS, LLC

7  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
8

9  Dated:  10/3/07

                                                 _____
10                                               The Honorable Jeremy Fogel
                                                 United States District Judge

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C07-03183-JF-HRL